# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

August 27, 2008

## SCHEDULING ORDER
08CV3834(SCR)(LMS)

Robert Lue
05A4743
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

Joseph M. Latino
Office of the District Attorney
Westchester County Courthouse
111 Martin Luther King Jr. Blvd.
White Plains, NY 10601

The matter of   **LUE-V- MARSHALL**   has been scheduled for  conference before

the   Hon. Lisa Margaret Smith, United States Magistrate Judge, on September 23, 2008 at

10:00  AM  in Courtroom 420.

*Re: Incarcerated Prisoners*
  *Incarcerated petitioners/plaintiffs  shall participate in the conference by telephone (in lieu of a writ appearance).  It is the responsibility of counsel for respondent/defendant  to make prior arrangements with the appropriate correctional facility to have the petitioner/plaintiff  available via telephone, and respondent/defendant counsel should be prepared to place the phone call* **from the courtroom** *on the appearance date.*

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### 300 QUARROPAS STREET
### WHITE PLAINS, NEW YORK 10601
### 914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

August 27, 2008

## SCHEDULING ORDER
### 08CV3834(SCR)(LMS)

Robert Lue
05A4743
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

Joseph M. Latino
Office of the District Attorney
Westchester County Courthouse
111 Martin Luther King Jr. Blvd.
White Plains, NY 10601

The matter of **LUE-V- MARSHALL**     has been scheduled for  conference before

the   Hon. Lisa Margaret Smith, United States Magistrate Judge, on September 23, 2008 at

10:00  AM  in Courtroom 420.

*Re: Incarcerated Prisoners*
  *Incarcerated petitioners/plaintiffs  shall participate in the conference by telephone (in lieu of a writ appearance).  It is the responsibility of counsel for respondent/defendant  to make prior arrangements with the appropriate correctional facility to have the petitioner/plaintiff  available via telephone, and respondent/defendant counsel should be prepared to place the phone call* **from the courtroom** *on the appearance date.*

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.